ANASTASIA M. MALONEY, as Administratrix of the Estate of JOHN T. McCARTY, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 27499.)

ELEANOR A. K. GOKEY, Appellant, *v.* STATE OF NEW YORK, Respondent.   (Claim No. 27500.)

Submitted January 6, 1947; decided January 16, 1947.

*Nathaniel L. Goldstein, Attorney-General (Joseph A. Drago* of counsel), for motions.

*Carl L. McMahon* opposed.

Motions denied, with $10 costs.